# Court of Appeals
# of the State of Georgia

ATLANTA,____May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1576.  TAMMY ULERY v. VERANDA VILLAGE APARTMENTS.**

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court issued a writ of possession and ordered Tammy Ulery to pay past due rent and costs to Veranda Village Apartments. Ulery appealed the magistrate's court's decision to the state court. The state court granted judgment for Veranda Village Apartments, and Ulery filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Ulery was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____05/17/2016_____
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*